## Logue *v.* Guaracino, Appellant.

Argued January 16, 1964. Before Bell, C. J., Musmanno, Jones, Cohen, Eagen, O'Brien and Roberts, JJ.

460

*Maurice M. Green,* for appellants.

*Daniel I. Murphy,* with him *Cavanaugh, Murphy & Kalodner,* for appellees.

OPINION PER CURIAM, March 17, 1964:
Judgment affirmed.